Reciept # 11090451
$ 396.84  8/23/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 396.84 IN 2 CHECKS
CHECK # 15153 FOR $ 286.56
CHECKS # 15154 FOR $ 110.28
Representing unclaimed funds.

DATED: 8-20-2010

_____
ALBERT J. MOGAVERO
TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 101799 | AKIN | 0602557 | 256.00 | THE SUMMIT | 6929 WILLIAMS ROAD | | WHEATFIELD NY | 143043086 |
| 102632 | TOMPKINS | 0510392 | 23.07 | MARK & JENNIFER TOMPKINS | 2966 PORTER CENTER RD. | | YOUNGSTOWN NY | 14174 |
| 102636 | SHERMAN | 0511471 | 2.10 | MARVIN & CARRIE SHERMAN | P.O. BOX 247 | | DEKALB JUNCTION NY | 136300247 |
| 102638 | BURCKHALTER | 0512588 | 15.63 | LAURIE & JOHN BURCKHALTER | 2262 BERG ROAD | | W. SENECA NY | 14218 |
| 102640 | GRIER | 0513021 | 1.20 | ROBERT & DEBORAH GRIER | 2506 REYNOLDS STREET | | NIAGARA FALLS NY | 143044569 |
| 102642 | PETERSON, SR. | 0513578 | 11.27 | KERRY M PETERSON, SR. | 40 CHAPIN STREET | | JAMESTOWN NY | 14701 |
| 102649 | MENTOR | 0600759 | 29.05 | KENNETH MENTOR | 323 BROADWAY | | BUFFALO NY | 14204 |
| 102651 | BOWLER | 0601732 | 3.60 | SANDRA J BOWLER | 6076 2ND STREET | | NEWFANE NY | 141081207 |
| 102653 | PIAZZA | 0700462 | 4.35 | DAWN & RANDY PIAZZA | 2560 PRATT ROAD | | BATAVIA NY | 14020 |
| 102655 | FORCUCCI | 0810366 | 5.00 | MARGARET M FORCUCCI | 163 TUSCARORA ROAD | | BUFFALO NY | 14220 |
| 102701 | ROLL | 0911679 | 5.00 | EDITH ROLL | 4865 CHAPMAN PARKWAY | | HAMBURG NY | 14075 |
| 102718 | TOOLE | 0911821 | 5.01 | MICHAEL & HEATHER TOOLE | 3341 BETHFORD DRIVE | | BUFFALO NY | 14219 |
| 102719 | TATKO | 0912592 | 5.00 | PAUL H TATKO | 158 RUTLAND AVE. | | CHEEKTOWAGA NY | 14212 |
| 102723 | BRIGHTMAN | 0603957 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | – THOMAS DOREY | UNKNOWN NY | 14202 |
| 89775 | SCOTT | 0914492 | 0.26 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | – THOMAS DOREY | UNKNOWN NY | 14202 |
| 89776 | SAGI | 0815413 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | – THOMAS DOREY | UNKNOWN NY | 14202 |
| 89777 | DANIELS | 0600389 | 20.30 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE | – THOMAS DOREY | UNKNOWN NY | 14202 |

$396.84